Same case below, 419 Fed. Appx. 507.

**No. 10-1534. George McReynolds, et al., Petitioners v. Merrill Lynch, Pierce, Fenner & Smith, Inc.**

565 U.S. 827, 132 S. Ct. 119, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5304.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-1537. Geo. V. Hamilton, Inc., Petitioner v. Nationwide Mutual Fire Insurance Company.**

565 U.S. 827, 132 S. Ct. 119, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5314.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 410 Fed. Appx. 537.

**No. 10-1538. Peter Kalos and Veron Lee Kalos, Petitioners v. Greenwich Insurance Company, et al.**

565 U.S. 827, 132 S. Ct. 119, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5353.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 792.

**No. 10-1539. Massood Jallali, Petitioner v. Florida, et al.**

565 U.S. 827, 132 S. Ct. 120, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5302.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 404 Fed. Appx. 455.

**No. 10-1541. Dennis R., et ux., Petitioners v. Michael Clark.**

565 U.S. 827, 132 S. Ct. 120, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5493.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 10-1547. Tyrone Duff, et ux., Petitioners v. Richard W. Lewis.**

565 U.S. 827, 132 S. Ct. 120, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5360,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 422 Fed. Appx. 640.

**No. 10-1549. Amira Salem, Petitioner v. Millicent Warren, Warden.**

565 U.S. 827, 132 S. Ct. 120, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5393.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 631 F.3d 809.

**No. 10-1550. David Johnson, Petitioner v. Missouri.**

565 U.S. 827, 132 S. Ct. 120, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5265.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.